IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-229-BO

| | | |
|---|---|---|
| LATASHA JONES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA | ) | |
| AT WILMINGTON, | ) | |
|     Defendant. | ) | |

This matter comes before the Court on defendant's motion to dismiss. [DE 10]. Defendant removed this employment discrimination and retaliation case from New Hanover County Superior Court. In her response, plaintiff requests an opportunity to amend her complaint, which was originally drafted to satisfy the less rigorous pleading standards of North Carolina state court.

The Court GRANTS plaintiff's request to amend her complaint. Plaintiff should file an amended complaint by April 6, 2020. Defendant's motion [DE 10] is DENIED WITHOUT PREJUDICE. Defendant should amend and refile its motion against the amended complaint.

SO ORDERED, this the ___5___ day of March, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE